UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VALERIE MORRELL** )<br>    **Plaintiff,** )<br> )<br> )<br> )<br>**v.** )<br> )<br>**REDLINE RECOVERY SERVICES, LLC** )<br>    **Defendant** )<br>_____) | CIVIL ACTION<br><br><br><br><br><br><br><br>OCTOBER 26, 2011 |

## **COMPLAINT**

1. This is a suit brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. Plaintiff, Valerie Morrell, is a natural person residing in Guilford, Connecticut and is a consumer as defined by the FDCPA 15 U.S.C. § 1692a(3).

3. Defendant, Redline Recovery Services, LLC ("Redline"), is a Georgia limited liability company with its primary place of business in New York. It has a Texas office that is licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d).

5. This Court has jurisdiction over Redline because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. On or about July 7, 2011, a Redline employee called Plaintiff and left the following message on her home answering machine in an attempt to collect a consumer debt::

> *Hi, I'm trying to reach a Valerie Morrell.  This is Miss Tillman.   You can reach me at 713 423-1061.  Today is the 7th of July.  Thanks.*

8. The message failed to state that it was a communication from a debt collector, a violation of 15 U.S.C.§ 1692(e)(11).

9. The message also failed to identify Redline as the caller, a violation of 15 U.S.C. § 1692d(6).

WHEREFORE, the Plaintiff seeks recovery of statutory damages, attorney's fees, and costs pursuant to 15 U.S.C. § 1692k.

**PLAINTIFF, VALERIE MORRELL**

By: /s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax (860) 571-7457